EXHIBIT 6C

# Jesse A. Raley, M.D.
Forensic, Child & Adolescent, and Adult Psychiatry

List of Testimony in Court and Depositions

1. April 12, 2011; Horry County Court of General Sessions; Testimony regarding continue involuntary commitment of Mr. Tony Sutton who had been found Not Guilty By Reason of Insanity
2. March 27, 2012; Discovery Deposition; CASE: Re. Glenda L. Bazzle, as Personal Representative of the Estate of Linda Martin vs. P. Douglas Deholl, M.D., et al; RETAINED BY: D. Cravens Ravenel
3. July 31, 2013; Discovery Deposition; CASE: Vivienne Varnadore v. W.M. Barr & Company, INC; RETAINED BY: Rutledge Young
4. August 7, 2013; Discovery Deposition; CASE: Martha Lewin Argoe v. Three Rivers Behavioral Center and Psychiatric Solutions, It's Successor; Phyllis Bryant-Mobley, M.D.; Aiken Regional Medical Center, Aurora Pavilion; David A. Steiner, M.D.; Cheryl C. Dodds, M.D.; Doris Ann Burrell, R.N.; Carolina Care Plan; RETAINED BY: Will Davidson
5. May 21, 2014; Beaufort County Court of General Sessions; Expert Testimony (General Psychiatry; Forensic Psychiatry); Criminal Case of State of South Carolina vs. Shayla Bryan; RETAINED BY: Office of the Solicitor Beaufort County
6. January 14, 2015: Discovery Deposition; CASE: Kristen Frechette, Individually and as Personal Representative of Estate of Toby Frechette v. Mason Dixon Intermodal, Inc., Christina Reeves and Mark Anthony Hood; RETAINED BY: Adrian Falgione
7. June 10, 2015: Discovery Deposition; CASE: Parker v. Parker; RETAINED BY: Margaret Collins, Almand Barron, and Alan Lazenby
8. January 13, 2016; Charleston County 9th Judicial Circuit for the Court of Common Pleas; Expert Testimony (General Psychiatry; Forensic Psychiatry); Civil Case of Leanna and William Loud v. Jeffrey Short, MD, individually and Charleston Radiologists, PA; RETAINED BY: John Eric Fulda
9. February 3, 2016; Florence County Family Court; Expert Testimony (Child & Adolescent Psychiatry); Divorce/Custody Case Makawi vs. Makawi; RETAINED (initially) BY: George Hearn, Philip Atkinson, Brooke Evans (Subpoenaed by Cheryl Hopkins Turner)
10. June 8, 2016; Greenville County Family Court; Expert Testimony (Child & Adolescent Psychiatry); Custody Case Palmer v. Hammond; RETAINED BY: David J. Rutledge
11. July 7, 2016: Discovery Deposition; CASE: Eyerusalem Berhe, Individually and as Administratrix of the Estate of Gerbretsadik Desta Behane v. Aplliend Polymerics, Inc. and Applie Foam Technologies, USA, LLC
12. October 5, 2016; Discovery Deposition; CASE: Estate of Wendell Kirkland v. Senn Brothers and Tramell Wagner; RETAINED BY: Chris Moore
13. November 9, 2016: Discovery Deposition; CASE: Tonya C. Todd, Individually and as Personal Representative of the Estate of Catherine Goodwin, Deceased, v. Evan F. Ekman, M.D., Southern Orthopaedic Sports Medicine, LLC, Parkridge Surgical Center, LLC, and the University of South Carolina School of Medicine; RETAINED BY: Keith L. Lindsay

14. January 4, 2017: Discovery Deposition; CASE: Wayne Powell and Patricia Powell v. Jane Reister, M.D. and Anderson Eye & Ear Associates, P.A., et al; RETAINED BY: Charles Whetstone
15. March 27, 2017: Hearing; Richland County Court of General Sessions; Expert Testimony (Forensic Child Psychiatry); Criminal Case of State vs. Shane Johnson; RETAINED BY: Robert Bank with Richland County Public Defenders Office
16. November 1, 2017: Discovery Deposition; CASE: Kimberly L. Jackson, Administratrix of the Estate of Jerry Jackson, Jr., Plaintiff, vs. United States of America, Defendant; RETAINED BY: Dwight Hudson
17. February 21, 2018: Trial Testimony; U.S. Federal Court Florence, SC; Expert Testimony (Forensic Psychiatry); Kimberly L. Jackson, Administratrix of the Estate of Jerry Jackson, Jr., Plaintiff, vs. United States of America, Defendant; RETAINED BY: Dwight Hudson