## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| Linda Moore, in her capacity as Personal Representative of the ESTATE OF MELISSA M. LAMB, and in her capacity as guardian for JL, a minor; Amber Crawford and Brook Lamb, as Personal Representatives of the ESTATE OF JOEL E. LAMB, JR.; Ken Moore and Bree Moore, as parents and natural guardians of AM, a minor; KRISTEN BROOK TILTON; and ALEXIS CORINE WALKER, <br><br> Plaintiffs, <br><br> vs. <br><br> CLUB CAR, LLC and CURTIS INSTRUMENTS, INC., <br><br> Defendants. | Civil Action No. 4:16-CV-00581-RBH <br><br><br><br><br><br><br><br><br><br><br><br> **ORDER APPROVING WRONGFUL DEATH & SURVIVAL SETTLEMENT** |

This matter comes before the Court pursuant to S.C. Code § 15-51-42 and upon the verified Petition of Linda Moore, as Personal Representative of the Estate of her daughter, Melissa Moore Lamb, having been so appointed by the Probate Court for Florence County, South Carolina, (hereinafter "Petitioner"), to which the attorneys for the said Personal Representative have subscribed their approval, for an Order approving and confirming the settlement set out in said Petition. The parties appeared before me to present the Petition and seek approval.

After review of the verified Petition, hearing testimony at a hearing, and due consideration and inquiry into the circumstances surrounding the incident or incidents out of which the causes of action or claims and the proposed settlement arose, and of the facts and circumstances affecting the proposed settlement, I find the following facts:

(a) That the compromise settlement between the parties in this action brought by Linda Moore, as Personal Representative of the Estate of Melissa Moore Lamb, individually and as Personal Representative of the Estate of Melissa Moore Lamb, deceased, as recited in the Petition, has been reached, and a full and complete release of defendants is ready for execution by the Personal Representative of the Estate of Melissa Moore Lamb pending approval by this court.

(b) That all interested persons or their representatives, including the Personal Representative of the Estate of Melissa Moore Lamb, have been duly notified. The court has jurisdiction over the parties and the subject matter.

(c) That there exists between the parties a contest and controversy which is in good faith and that this agreement for compromise is fair, just, reasonable, adequate under the circumstances of this case, and in the best interest of said Estate and of the statutory beneficiaries of Melissa Moore Lamb. I further find this settlement to have been reached in good faith.

Based upon the facts found above, I am of the opinion and so find, that the settlement set forth in the Petition should be approved and confirmed as provided by S.C. Code § 15-51-42.

NOW, THEREFORE, IT IS ORDERED:

(1) That the said compromise as recited in the Petition be, and hereby is, approved as a fair, just, reasonable, and adequate settlement of the contest and controversy existing between the Estate of Melissa Moore Lamb, her heirs, beneficiaries and assigns, and Club Car, LLC, Ingersoll Rand, PLC, Policy Number GL 382-35-49, Curtis Instruments, Inc., and Chubb Commercial Excess and Umbrella Insurance Companies, Policy No. 7968-49-35, and their officials, agents, insurers, heirs, servants, employees or former employees.

(2) That Linda M. Moore, Personal Representative of the Estate of Melissa Moore Lamb, deceased, is hereby directed, authorized and empowered to execute a full and complete Release and other documents as may be required to fully effectuate the compromise or settlement agreement approved by this Court and to discharge all claims or demands against Club Car, LLC, Ingersoll Rand, PLC, Policy Number GL 382-35-49, Curtis Instruments, Inc., and Chubb Commercial Excess and Umbrella Insurance Companies, Policy No. 7968-49-35 which the estate or the decedent, her survivors, heirs, beneficiaries and/or representatives have or may have arising out of said incident or incidents.

(3) That Club Car, LLC, Ingersoll Rand, PLC, Policy Number GL 382-35-49, Curtis Instruments, Inc. and Chubb Commercial Excess and Umbrella Insurance Companies, Policy No. 7968-49-35, and all their officials, agents, insurers, servants, employees or former employees and their heirs, successors and assigns, be and they hereby are relieved and discharged of any liability or responsibility to the Petitioner and the Estate on account of any injuries and damages as a result of the aforesaid incidents. It is further ordered that Petitioner and their heirs, successors and assigns are barred from suing, instituting or cooperating in the institution, commencement or filing of any suit, demand, claim or cause of action against Club Car, LLC, Ingersoll Rand, PLC, Curtis Instruments, Inc., or their officials, agents, principals, members, servants, employees, former employees, heirs, executors, administrators, insurers, successors, and assigns on any potential claims released by the terms of the settlement.

(4) That the Court further authorize and order payment of attorney's fees to counsel for Plaintiffs in the amount of $1,470,000.00 and reimbursement of costs in the amount of $22,682.16.

AND IT IS SO ORDERED this 21 day of February, 2019.

R. Bryan Harwell
United States District Judge

Dated:
Florence, South Carolina

WE CONSENT:

Kevin R. Dean *(Fed. ID No. 8046)*
W. Taylor Lacy *(Fed. ID No. 9929)*
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
(843) 216-9000
kdean@motleyrice.com
wlacy@motleyrice.com
*ATTORNEYS FOR PLAINTIFFS*

Suzanne C. Ulmer *(Fed. ID No. 10522)*
KERNODLE COLEMAN
914 Folly Road, Suite 2
P. O. Box 13897
Charleston, SC 29422-3897
(843) 795-780
sulmer@kernodlelaw.com
*ATTORNEY FOR DEFENDANT CURTIS INSTRUMENTS, INC.*

Molly H. Craig *(Fed. ID No. 6671)*
Robert H. Hood, Jr. *(Fed. ID No. 6998)*
HOOD LAW FIRM, LLC
172 Meeting St.
Charleston, SC 29401
(843) 5774435
molly.craig@hoodlaw.com
bobbyjr.hood@hoodlaw.com
*ATTORNEYS FOR DEFENDANT CLUB CAR, LLC*

4